**Order entered February 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00272-CR

**VALENTIN CARUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63142-U**

## ORDER

The Court **REINSTATES** the appeal.

On January 28, 2015, we granted the motion of Lori Ordiway to withdraw as counsel and ordered the trial court to appoint new counsel for appellant. We have received the trial court's order appointing Allan Fishburn as appellant's attorney. Accordingly, we **DIRECT** the Clerk to list Allan Fishburn as appellant's attorney of record.

We note that appellant's brief was filed on December 8, 2014, and the State has neither filed a brief nor filed a timely extension motion seeking an extension of time to file its brief. The appeal has been set at issue and will be submitted in due course.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Allan Fishburn and the Dallas County District Attorney's Office.

/s/      LANA MYERS
        JUSTICE